WILLIAM G. MALCOLM,
MALCOLM ♦ CISNEROS, a Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (TELECOPIER)

**Attorneys for Secured Creditor**
**CARRINGTON MORTGAGE SERVICES, LLC.**
Successor to New Century Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In re: | Bankruptcy No. 08-10239 |
| TIMOTHY L. AND ELIZABETH A. HARRIS, | Chapter 13 |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | (No Hearing Date Required) |

**PLEASE TAKE NOTICE** that CARRINGTON MORTGAGE SERVICES, LLC., by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

    William G. Malcolm, Esq.
    MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, 2nd Floor
    Irvine, California 92612

DATED: January 18, 2008    MALCOLM ♦ CISNEROS

            By:*/s/ William G. Malcolm*

            WILLIAM G. MALCOLM,
            Attorneys for Secured Creditor
            CARRINGTON MORTGAGE SERVICES, LLC.

MC15400.81.Harris.rgc.rsn

<u>PROOF OF SERVICE</u>

I am employed by the law firm of Malcolm ♦ Cisneros in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2112 Business Center Drive, Second Floor, Irvine, California 92612.

On January 18, 2008, I caused to be served the document entitled:

**REQUEST FOR SPECIAL NOTICE**

on the following interested parties:

| **Debtor (s):**<br>Timothy L. And Elizabeth A. Harris<br>7816 Ducharme Ave<br>Las Vegas, NV 89145 | **Debtor's Attorney:**<br>Christian N. Griffin<br>701 Bridger Ave #750<br>Las Vegas, NV 89101 |
|---|---|
| **Chapter 13 Trustee:**<br>Rick A. Yarnall<br>701 Bridger Ave #820<br>Las Vegas, NV 89101 | |

☒ (By Mail) I caused each envelope, with postage prepaid, to be placed in the United States mail at Irvine, California.

❑ (By Hand) I caused each envelope to be delivered by hand.

❑ (By Overnight Courier) I caused each envelope, with postage prepaid, to be sent by Federal Express/ Express Mail.

❑ (By Facsimile Transmission) I caused each document to be sent by automatic facsimile transmission to the following telephone numbers and confirmed by voice communication that the transmission was received:

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and that this declaration was executed on the date indicated below at Irvine, California.

Dated: January 18, 2008                             */S/ROMAN G. CISNEROS*
                                                                    ROMAN G. CISNEROS

MC15400.81.Harris.rgc.rsn